IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DAVID HUFFORD
AND LISA HUFFORD                                                            PLAINTIFFS

v.                        Case No. 3:22-cv-00196-LPR

JOHNSON & JOHNSON
AND ETHICON, INC.                                                           DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 10th day of May 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE